CRITICAL MASS ENERGY PROJECT, Appellant,

v.

NUCLEAR REGULATORY COMMISSION, et al.

No. 90–5120.

United States Court of Appeals, District of Columbia Circuit.

Sept. 6, 1991.

Before MIKVA, Chief Judge, and WALD, EDWARDS, RUTH BADER GINSBURG, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG, SENTELLE, THOMAS, HENDERSON and RANDOLPH, Circuit Judges.

ORDER

PER CURIAM.

The Suggestions For Rehearing *En Banc* and appellant's response thereto have been circulated to the full Court. The taking of a vote was requested. Thereafter, a majority of the judges of the Court in regular, active service voted in favor of the suggestions. Accordingly, it is

ORDERED, by the Court *en banc*, that the suggestions are granted and this case will be considered and decided by the Court sitting *en banc*. It is

FURTHER ORDERED, by the Court *en banc*, that the judgment of the panel filed on April 30, 1991, 931 F.2d 939 be, and the same hereby is, vacated.

A future order will govern further proceedings.